IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DALLAN JONES, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-18-CV-1009-FB |
| | § | |
| TOTAL TANK SYSTEMS, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER REINSTATING CASE ON DOCKET AND
## ORDER OF DISMISSAL AND FINAL JUDGMENT

On July 31, 2020, this Court administratively closed the above styled and numbered cause because it had been consolidated with another case, *Avelar v. Colt Oilfield Services, LLC, et al.*, Civil Action No. SA-18-CV-1007-FB (*see* docket numbers #53 and 55). The *Avelar* case was designated as the lead case with all filings pertaining to the *Avelar* case and this case to be filed only in the lead case. On December 29, 2020, a stipulation of dismissal as to each cause number was filed in the *Avelar* case at docket entry 78 for cause number SA-18-CV-1007, and docket entry 79 for this case, SA-18-CV-1009. Therefore, the Court finds that this case should be reopened and reinstated on the docket in order that the Stipulation of Dismissal can be entered in this case.

Accordingly, IT IS HEREBY ORDERED that this case is hereby reopened and reinstated on the Court's docket. In accordance with the Joint Stipulation of Dismissal with Prejudice with Regard to Civil Action No. 18-CV-1009 filed in the lead *Avelar* case at docket entry 79, which provides in part that:

> Plaintiff DALLAN JONES and Opt-in Plaintiffs: RICARDO SANCHEZ; MICHAEL LOZANO; JESUS RAMON; HUMBERTO OLVERA; and ROLAND CRUZ (collectively "Plaintiffs'), and Defendants TOTAL TANK SYSTEMS, LLC, EDDIE AGUILAR, and JUSTIN AGUILAR (collectively "Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate that this action, Civil Action No. 18-CV-01009, against Defendants is dismissed with prejudice with all parties to bear their own costs and fees,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is DISMISSED WITH

PREJUDICE in accordance with that Joint Stipulation with all parties to bear their own costs and fees.

Motions pending, if any, are also DISMISSED, and this case is now CLOSED.[1]

It is so ORDERED.

SIGNED this 29th day of December, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] All other filings related to this case which were filed prior to the reopening of this case shall remain filed in the SA-18-CV-1007-FB case for future reference.